**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

CLINTON STRANGE,

*Plaintiff*

v.

NATIONAL OPINION RESEARCH CENTER,

*Defendant*

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 19 2021**

JEFFREY P. COLWELL
CLERK

### CIVIL ACTION COMPLAINT

FOR ALLEGED NEGLIGENT VIOLATIONS OF:

THE TELEPHONE CONSUMER PROTECTION ACT OF 1991

#### PRELIMINARY STATEMENTS:

1. This is a private enforcement action brought in good faith by an adult individual *pro se* Plaintiff Clinton Strange ("PLAINTIFF") against Defendant National Opinion Research Center ("NORC" or "DEFENDANT") for *alleged* violations of *inter alia* the federal Telephone Consumer Protection Act of 1991 ("TCPA") for placing autodialed calls / text messages to the Plaintiff's Do Not Call List registered cellphone with out the proper level of consent utilizing an Automatic Telephone Dialing System ("ATDS").

2. The Plaintiff seeks recovery of (the greater of) Actual Damages, Statutory Damages, Trebled Damages, Stacked Damages, all costs expenses and fees associated with litigating the action to judgment, along with pre and or post judgment interest as allowable under law.

#### JURISDICTION & VENUE:

3. **Jurisdiction** primarily arises in this U.S. District Court under a federal question as the TCPA is a federal statute pursuant to 28 U.S. Code § 1331.

4. **Supplemental Jurisdiction** would be properly applied to the Plaintiff's state law claims as they arise out of the same nucleus of operative facts and actions and omissions that give rise to the claims that are under federal question jurisdiction pursuant to 28 U.S. Code § 1367.

5. **Venue** lies proper in this U.S. District as the Plaintiff consents to venue, and the Defendant is incorporated here (creating general personal jurisdiction) pursuant to 28 U.S. Code § 1391.

### THE PARTIES:

6. **Plaintiff CLINTON STRANGE** is an adult individual residing at the address of:

CLINTON STRANGE

7021 WINBURN DRIVE

GREENWOOD, LA 71033

7. **Defendant NATIONAL OPINION RESEARCH CENTER** is a (*purported*) Colorado Non-Profit Organization based / principally located in Chicago, Illinois and is associated (in-so-far-as) it relates to the claims at bar with the University of Chicago. On information and belief this Defendant can be served in Colorado via its registered agent as below:

CORPORATION SERVICE COMPANY

c/o: NATIONAL OPINION RESEARCH CENTER

1900 West Littleton Boulevard

Littleton, CO 80120

### FACTUAL ALLEGATIONS:

Historical Background Leading Up to the Claims – Providing Context

8. Over the Course of the last few years [telephone] scammers and spammers have proliferated and evolved and have begun to be a real problem and threat to American

Consumers. Specifically, as it relates to the complaint the Plaintiff has received over eight hundred (800) illegal autodialed calls that (sometimes) played pre-recorded voice messages indicating that the caller was (or represented) the following U.S. Government Agencies:

a- The Social Security Administration
b- The Federal Bureau of Investigation
c- U.S. Customs
d- Medicare

9. The Chief Judge over the Tenth U.S. Circuit Court of Appeals (The Right Honorable TIMOTHY M. TYMKOVICH, Chief Judge) expressed an opinion (in his own words) about unwanted robocalls by stating in his preamble in *RIVERA v. EXETER FINANCE CORP.* No. 20-1031 (10th Cir.) (Nov. 23, 2020) "Pesky robocalls: we all get them, we all hate them, and yet we all cannot seem to get rid of them, no matter how many times we unsubscribe, hang up, or share choice words with the machine on the other end of the line."

10. Plaintiff is a service-connected disabled U.S. Veteran that has diagnosed and well-documented mental health issues / nervous conditions, and he extremely dislikes (and is annoyed by) autodialed calls to his cellphone that unnecessarily make his cellphone ring, illuminate, vibrate and or chime and or subsequently "play" / and or "display" generic pre-recorded voice messages and text messages.

11. If the below alleged conduct is not enjoined (meaning stopped by the Court) Plaintiff might have to resort to alternative means in order to stop the annoying behavior; although the Plaintiff is unaware of any *legal* means to administratively exhaust his legal remedies.

<u>The *Alleged* Violative Calls During September 14, 2021 to November 14, 2021</u>

12. On the afternoon of September 14, 2021 at 3:18 pm CST the Plaintiff received an

    autodialed call that played a pre-recorded voice message on his Do-Not-Call Registered

    Cellphone number 318-423-5057 from Defendant NORC apparently on behalf of

    CDC.Gov. asking uncomfortable questions regarding :"*how many children under the age*

    *of 18 reside in your household*".

13. The questions asked were answered in the 2020 census. The exact questions were creepy-

    The Plaintiff informed Defendant that the call (and the initial question) was creepy and

    stated that they should not call Plaintiff anymore.



           **Figure A**                                        **Figure B**

14. On Veterans Day November 11, 2021 at 7:58pm CST received an autodialed  pre-

    recorded voice call on his Do-Not-Call List Registered Cellphone number 318-423-5057

that indicated that the call was in regard to the CDC wanting to know how many minor children was in the Plaintiff's home – It is the Plaintiff's Recollection that he engaged the autodialer system and was connected with an agent of the calling party and Screamed at *them* – once connected [*t*]hat that question was "*creepy as fuck*" and Plaintiff alleges he stated "*don't call me no more*". To whit, the creepy callers decided that they would call the Plaintiff again to harass him On November 11, 2021 at 8:35pm CST. This made the Plaintiff *very mad* and it screwed up his enjoyment of his Veteran's Day evening!

15. On Sunday, November 14, 2021 at 5:41pm CST the Plaintiff missed a call from the Defendant. Plaintiff returned the call and engaged them to determine if the calls were legitimate and to identify the responsible party as a part of a Rule 11 investigation on Sunday, November 14, 2021 at 6:55pm CST. The call lasted about 4 minutes and they identified themselves and the liable parties via a series of autodialed text messages.



**Figure C**                                   **Figure D**

16. On Sunday, November 14, 2021 at 6:58pm CST while the Plaintiff was still connected to

the Defendant, they said that they were going to transmit one (1) text message, but in fact

transmitted one of three illegal autodialed text messages that exceeded the level of

consent authorized by Plaintiff as depicted below in Figures E (screen capture of text),

F.((message info screen capture regarding autodialed (robotext) message 1 of 3.))



**Figure E**                    **Figure F**

17. Milliseconds later on Sunday, November 14, 2021, at 6:58pm CST Defendants illegally

(by means of unauthorized excess of any consent) transmitted two (2) additional

autodialed text messages in rapid succession as displayed by the below time stamps

(message details) regarding (two of) 2/3 -the - three (3) autodialed texts on November 14,

2021 as truly and accurately depicted by the below images labeled Figures G and Figure H.





**Figure G**                    **Figure H**

18. The text messages as referenced above (and this incorporated paragraph) in paragraphs 16 and 17 were transmitted via an alleged long-code number assigned to Defendant NORC (312)756-0304 sometimes displaying (in telephone calls as +1 312-871-4243 as referenced in above paragraphs 13-15.

19. Defendant transmitted 3 autodialed text messages to Plaintiff's cellphone number 318-423-5057 ( 2 of which were illegal) on November 14, 2021 as referenced by longcode number 312-756-0304.

20. Defendant placed and or initiated at least five (5) illegal autodialed calls to the Plaintiff's

cellphone number 318-423-5057 (some of which played a pre-recorded voice message)

without the Plaintiff's consent (or the proper level of consent) in violation of the TCPA.



**Figure I**

<u>The Specific Civil Rights & Statutes That the Calls/Texts Allegedly Violated</u>

21. The calls (autodialed calls) that played or did-not play as intended as programmed by an

ADAD in Illinois violated the Plaintiff's Statutory Rights under the Illinois ADAD Act

(referenced calls in paragraphs 12-16).

22. Each of the Defendant's autodialed calls (some of which played a pre-recorded voice

message) violated the Plaintiff's statutory right/s under the federal Telephone Consumer

Protection Act of 1991 (TCPA).

23. Each of the Defendant's autodialed text message violated the Plaintiff's statutory right/s under the federal Telephone Consumer Protection Act of 1991 (TCPA).

24. Defendant *repeatedly* misrepresented their true identity, which could have afforded the Plaintiff to effectually mitigate harm and damages had Defendant NORC correctly identified themselves.

25. Defendant MROC has violated *at least* the Plaintiff's 4th Amendment Right to Privacy.

<u>Random or Sequential Number Generation Utilization Equating to an ATDS</u>

26. Defendant NORC, specifically as it relates, to the calling campaign referencing the telephone number (312) 871-4243 and / or +1 312-871-4243 on its website states as follows:

> *"If you received a call and have any questions about these surveys, please call NORC at 1-877-220-4805. Someone is usually available to answer the phone from 9AM to 9PM in your time zone. If possible, please call from the same phone line that received the call from 312-871-4241, 312-871-4242, or 312-871-4243 (Caller ID CDC NATL IMMUN). This helps us more quickly direct your call to someone who can answer your questions. If you leave a message, we try to return all calls received between 9AM and 9PM within one to two hours.*

> *If you prefer to use a TTY, please call the AT&T Relay Service at 1-800-855-2880 and request that NORC be called at 1-877-220-4805.*

> *The National Immunization Surveys (NIS) are conducted in households across the country by phone. The majority of the telephone numbers are randomly selected by a computer so it is possible that your phone number may be contacted. Here is a letter from Dr. Samuel Posner, Acting Director of the National Center for Immunization and Respiratory Diseases (NCIRD), which describes the surveyspdf icon."*

27. The TCPA generally prohibits autodialed calls and or pre-recorded voice calls to a cellphone absent a permissible purpose; and the U.S. Supreme Court has defined an Automatic Telephone Dialing System ("ATDS") as a system that stores and or produces numbers via a random or sequential number generator.

28. Defendant's website specifically references its' use of the specific (caller) telephone number in question as the caller-ID (*312-871-4243 (Caller ID CDC NATL IMMUN*) and

the fact that the "system" operated (by Defendant) dials at random utilizing an ATDS by stating" *The majority of the telephone numbers are randomly selected by a computer so it is possible that your phone number may be contacted.*" [See Exhibit A].

29. Defendant NORC is subject to the General Jurisdiction of this Court as they are Incorporated here (and have been since 1941), but Illinois Law applies to them since they are principally domiciled and affiliated with Chicago, Illinois via University of Chicago [See Exhibit B].

30. Defendant is a party to a Contract with the U.S. Center for Disease Control & Prevention (CDC) and or the U.S. Department of Health & Human Services (DHS) or National Center for Immunization and Respiratory Diseases (NCIRD) – a CDC super-secret sub-agency associated with Dr.Faucci - along with all his *Bat-To-Human-Research* that we cannot talk about.

31. Defendant knew or reasonably should have known that placing auto dialed calls and or texts to Plaintiff via his DNC Registered cellphone number 318-423-5057 (absent consent or [t]he proper level of consent) would subject them to liability.

### THE COUNTS & CAUSES OF ACTION:

### COUNT 1:

### TCPA Violations Subsection (b)

### 47 U.S. Code § 227

### (Plaintiff v. Defendant NORC)

32. Plaintiff incorporates all the foregoing paragraphs as though the same were set forth at length herein.

33. Plaintiff seeks statutory damages of $500 for each and every violation ((Plaintiff recites /alleges seven (7)) totaling $3,500 (Three Thousand Five Hundred U.S. Dollars.

34. Plaintiff is entitled to (and requests) injunctive relief enjoining Defendant from future violations.

## COUNT 2:

### Illinois Automatic Telephone Dialers Act

### (815 ILCS 305/) Automatic Telephone Dialers Act

### (Plaintiff v. Defendant NORC)

35. Plaintiff incorporates all the foregoing paragraphs as though the same were set forth at length herein.

36. Plaintiff seeks the greater of actual and or statutory damages of $500 for each and every violation for the seven (7) violations alleged as above at the discretion of the Court or trier of fact based on violations of 815 ILCS 305 [See Exhibit C].

## PRAYER FOR RELIEF:

**Wherefore,** the Plaintiff seeks judgment in Plaintiff's favor and damages against Defendant in the form of the following requested relief:

Actual Damages;

Statutory Damages;

Enjoinder from Future Violations;

Costs, Expenses, and or fees associated with litigating the action to judgment;

Pre and or Post Judgment Interest as allowable under Law;

, and such other and further relief the Court deems necessary, just and or proper

Respectfully Submitted,

X _____        _11-15-2021_

Clinton Strange                              Dated

Pro Se

7021 Winburn Drive

Greenwood, LA 71033

(318) 423-5057 / StrangeC982@gmail.com

7021 0350 0001 7011 0713 8938

# INDEX OF EXHIBITS

### *Strange v. NROC*

---

| Exhibit No. | Description of Exhibit | Referenced at ¶ |
|---|---|---|
| A | NORC _ University of Chicago_ ATDS Usage | 28 |
| B | NORC- Colorado SoS Incorporation Filing / Agent | 29 |
| C | Illinois ATDA Most Recent Version – 815 ILCS 305 | 36 |

# EXHIBIT A



**CDC** Centers for Disease
Control and Prevention

# For Participants

## Welcome NIS-Child, NIS-Teen, NIS-CIM, NIS-CCM, and NIS-ACM Participants

Have you been called by 312-871-4241, 312-871-4242, or 312-871-4243 (Caller ID CDC NATL IMMUN) about the National Immunization Surveys (NIS), including the NIS-Child, NIS-Teen, NIS-Child Influenza Module (NIS-CIM), NIS-Child COVID Module (NIS-CCM), or NIS-Adult COVID Module (NIS-ACM)?

Please be assured that you were contacted about a survey sponsored by the Centers for Disease Control and Prevention (CDC). The NIS-Child, NIS-Teen, NIS-CIM, NIS-CCM, and NIS-ACM are conducted for CDC by NORC at the University of Chicago ☑.

You or a member of your household may have a chance to take part in an important national survey that provides information to help guide your state and your country's health policies.

The NIS-Child, sponsored by the National Center for Immunization and Respiratory Diseases (NCIRD) at CDC, provides important information about childhood vaccinations and related health issues. CDC also sponsors the NIS-Teen, that provides similar information about vaccinations received by teens. The NIS-CIM provides information about flu vaccinations received by children and teens not included in the NIS-Child and NIS-Teen.

The NIS-Adult COVID Module (NIS-ACM) was added in April 2021 in response to the COVID-19 pandemic, to assess COVID-19 vaccination coverage in adults aged 18 years and older.

The NIS-Child COVID Module (NIS-CCM) was added in July 2021 in response to the COVID-19 pandemic, to assess COVID-19 vaccination coverage among children and teens in eligible age groups for the COVID-19 vaccine.

If you received a call and have any questions about these surveys, please call NORC at 1-877-220-4805. Someone is usually available to answer the phone from 9AM to 9PM in your time zone. If possible, please call from the same phone line that received the call from 312-871-4241, 312-871-4242, or 312-871-4243 (Caller ID CDC NATL IMMUN). This helps us more quickly direct your call to someone who can answer your questions. If you leave a message, we try to return all calls received between 9AM and 9PM within one to two hours.



See answers to frequently asked questions.

If you prefer to use a TTY, please call the AT&T Relay Service at 1-800-855-2880 and request that NORC be called at 1-877-220-4805.

The National Immunization Surveys (NIS) are conducted in households across the country by phone. The majority of the telephone numbers are randomly selected by a computer so it is possible that your phone number may be contacted.  Here is a letter from Dr. Samuel Posner, Acting Director of the National Center for Immunization and Respiratory Diseases (NCIRD), which describes the surveys 🔳.

Your participation is voluntary and no information that identifies any individual is ever shared or released. All survey responses and personal data are kept confidential in accordance with strict Federal regulations. Survey results are analyzed and published in reports to benefit local, state, and national public health programs.

Have questions? Please see Frequently Asked Questions about the Surveys.

Page last reviewed: June 7, 2021

 

at the
University of (/)
Chicago

Home (/Pages/default.aspx)  >  Projects (/Research/Projects/Pages/default.aspx)  >  National Immunization Survey

# National Immunization Survey

The National Immunization Survey (NIS) produces high-quality estimates on the rate of immunization among young children in the U.S., considered a critical contributor to the prevention of childhood diseases. Administered by NORC at the University of Chicago since 2005, the NIS is one of the largest telephone surveys in the nation and its data are considered the gold standard for public health surveillance on immunization rates. The NIS consists of an interview conducted by telephone with households randomly selected and screened for the presence of young children. Respondents are asked a series of questions about the vaccinations received by selected children (including recommended seasonal flu vaccines), as well as questions about the availability of health insurance and selected demographic information. Respondents are also asked for permission to contact the children's health providers for the sole purpose of obtaining immunization records, providing an important supplement to the household report. NORC then sends an Immunization History Questionnaire via mail to these health providers – many of whom have previously participated in the NIS over the years and respond at exceptionally high rates.

NORC produces estimates of coverage for all childhood vaccinations recommended by the CDC's Advisory Committee on Immunization Practices (ACIP). Estimates are produced for the nation as well as for specific areas of the country, including the 50 states, the District of Columbia, the U.S. Virgin Islands, Puerto Rico, Guam, and selected urban areas. These data are used by the CDC and state and local public health agencies to monitor the potential for disease outbreaks at the community level and to allocate resources for the Vaccines for Children (VFC) Program, which ensures that all children in the U.S. have access to vaccinations regardless of financial status

In recent years, research related to adolescents and the implications of vaccinations on their health has intensified. In response to the need for improved surveillance on teen immunization rates, CDC expanded the use of the NIS sampling frame in 2008 to screen households for the presence of teens between 13-17 years of age. NORC administers an interview comparable to the traditional NIS, including a request for permission to obtain immunization records from the teen's health providers. NORC provides additional support to CDC in the form of a series of Rapid Flu Surveys, conducted at key points in the flu season and producing real-time estimates on the rate at which the population is receiving recommended flu shots.

Additionally, the NIS sampling frame has provided support for other key surveys via the State and Local Area Integrated Telephone Surveys (SLAITS) mechanism, sponsored by the National Center for Health Statistics (NCHS), including the National Survey of Children's Health, the National Survey of Children with Special Health Care Needs, the National Survey of Adoptive Parents, the Survey of Adult Transition and Health.

**Advances in Survey Research**
NIS provides an opportunity to work at the forefront of issues relating to the manner in which research is conducted by telephone: indeed, the traditional household telephone is rapidly being supplemented – and in many cases, replaced – by cell telephones. This new telephony environment poses methodological challenges to researchers as they strive to conduct statistically sound surveys that fully represent the U.S. population. In collaboration with CDC, NORC has spearheaded an ambitious research program to identify best practices for sampling landline and cell telephones and develop valid statistical approaches for weighting and estimation. CDC and NORC also have conducted ongoing analysis on data from the NIS, the National Health Interview Survey (NHIS), and state-based Immunization Information Systems (IIS) to evaluate variance in estimation of immunization rates. The NIS and its companion surveys together provide a valuable mechanism for testing these new approaches and contributing to advances in survey research.

In the News...

**FOX Houston**
9 10 2013



**(http://www.myfoxhouston.com/story/23244755/2013/08/24/are-you-vaccinated-cdc-wants-to-know)**

**Taking a look at vaccination in the United States with the National Immunization Survey** ⌇ **(http://www.myfoxhouston.com/story/23244755/2013/08/24/are-you-vaccinated-cdc-wants-to-know)**

"The CDC is spearheading a National Immunization Survey amid an uptick in diseases that were once thought to be all but vanquished."

8 21 2012, Chicago, IL

**NORC Awarded Centers for Disease Control and Prevention Contract to Conduct the National Immunization Survey (/NewsEventsPublications/PressReleases/Pages/norc-awarded-centers-for-disease-control-and-prevention-contract-to-conduct-the-national-immun.aspx)**

The Centers for Disease Control and Prevention (CDC) has awarded a contract to NORC at the University of Chicago to conduct a major research effort, the National Immunization Survey.  The five-year award renews work NORC has done on the survey since 2005.

## Published Research

%22M%22:%7B%22%5C%22C%7%82%C7%824E6174696F6E616C20496D6D756E697A6174696F6E20537572766579%5C%22%22:%22NATIONAL%20IMMUNIZATION%20SURVEY%22%7D%7D%5D%7D)
Article

**"Estimating County-Level Vaccination Coverage Using Small Area Estimation with the National Immunization Survey-Child.",** Seeskin, Z.H., Ganesh, N., Maitra, P, Herman, P., Wolter, K.M., Copeland, K.R., English, E.M., Chen, M.P., Singleton, J.A., Santibanez, T.A., Yankey, D., Elam-Evans, L.D., Sterrett, N., Smith, C.S., Gipson, K. and Meador, S.,2020 ☐ **(https://www.norc.org/PDFs/NIS/Seeskin_Estimating%20County%20Level%20Vaccination%20Coverage_2020.pdf)**
*JSM Proceedings, Survey Research Methods Section*  Alexandria, VA  American Statistical Association

Article

**"Estimation Tools for Reducing the Impact of Sampling and Nonresponse Errors in Dual-Frame RDD Telephone Surveys.",** Wolter, K.M., Ganesh, N., Copeland, K.R., Singleton, J.A. and Khare, M.,2019 ⌇ **(https://doi.org/10.1002/sim.8329)**
*Statistics in Medicine,* 38(23) 4718-4732

Article

**"The Impact of Voicemail Messages on RDD Cell-Phone Response Rates in the National Immunization Surveys.",** Skalland, B.J., Welch, V.E., Hill, H.A., Fredua, B., Elam-Evans, L.D. and Smith, C.,2019 ☐ **(http://www.asasrms.org/Proceedings/y2019/files/1199555.pdf)**
*JSM Proceedings, Survey Research Methods Section*  Alexandria, VA  American Statistical Association

**CONTACT**

Michele Nachbar
**Chief Strategy Officer and Executive Vice President of Business Ventures and Innovation**
(312) 759-4016
nachbar-missy@norc.org (mailto:nachbar-missy@norc.org)

**PROJECT DIRECTOR**

**NIS SURVEY PARTICIPANTS**

If you have questions or concerns about the National Immunization Survey or your participation as a survey respondent, please contact us at 1-877-220-4805 or at nisinfo@norc.org (mailto:nisinfo@norc.org)

Additional information about participating in the NIS is available at the Centers for Disease Control and Prevention ⌇ (http://www.cdc.gov/nchs/nis/participant.htm)website

**SENIOR STAFF**                                                      **VIEW ALL (/EXPERTS/PAGES/EXPERTS.ASPX?
                                                                          TITLE=NATIONAL IMMUNIZATION
                                                                          SURVEY#K=NORCEXPERTTAGS%3A%22MICHELE%20NACHBAR%**

**AFFILIATED DEPARTMENTS AND CENTERS**
- Public Health (/About/Departments/Pages/public-health.aspx)

**SPECIAL EXPERTISE**

Research Areas/Topics

- Health and Well-Being (/Research/Topics/Pages/health-and-well-being.aspx)
- Health Equity (/Research/Topics/Pages/health-and-well-being/health-equity.aspx)
- Infectious Diseases (/Research/Topics/Pages/health-and-well-being/infectious-diseases.aspx)
- Children's Health (/Research/Topics/Pages/health-and-well-being/children's-health.aspx)

Services and Solutions

- Analytics and Data Science (/Research/Capabilities/Pages/analytics-and-data-science.aspx)
- Design and Methodology (/Research/Capabilities/Pages/design-and-methodology.aspx)
- Policy Analysis, Program Implementation, and Evaluation (/Research/Capabilities/Pages/evaluation-program-implementation-and-policy-analysis.aspx)
- Survey Design (/Research/Capabilities/Pages/design-and-methodology/survey-design.aspx)
- Small Area Estimation (/Research/Capabilities/Pages/analytics-and-data-science/small-area-estimation.aspx)
- Adaptive and Responsive Design (/Research/Capabilities/Pages/design-and-methodology/adaptive-and-responsive-design.aspx)
- Address-Based Sampling (/Research/Capabilities/Pages/design-and-methodology/address-based-sampling.aspx)
- Surveillance (/Research/Capabilities/Pages/evaluation-program-implementation-and-policy-analysis/surveillance.aspx)
- GIS and Spatial Analysis (/Research/Capabilities/Pages/analytics-and-data-science/gis-and-spatial-analysis.aspx)

Terms and Conditions (/Pages/terms-and-conditions.aspx)      Privacy      Section 508 (/Pages/Section-508.aspx)      About Our Name (/about/Pages/about-our-name.aspx)

# EXHIBIT B

## OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

### NATIONAL OPINION RESEARCH CENTER

is a

Nonprofit Corporation

formed or registered on 10/27/1941   under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number 19871106593 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 11/11/2021  that have been posted, and by documents delivered to this office electronically through 11/14/2021 @ 20:23:39 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 11/14/2021  @  20:23:39  in accordance with applicable law. This certificate is assigned Confirmation Number 13582127       .



_Jena Griswold_
_____
Secretary of State of the State of Colorado

**********************************************End of Certificate**********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

 

# Summary

| Details | |
|---|---|
| **Name** | NATIONAL OPINION RESEARCH CENTER |
| **Status** | Good Standing |
| **Formation date** | 10/27/1941 |
| **ID number** | 19871106593 |
| **Form** | Nonprofit Corporation |
| **Periodic report month** | October |
| **Jurisdiction** | Colorado |
| **Principal office street address** | 55 East Monroe St., Chicago, IL 60603, United States |
| **Principal office mailing address** | n/a |

| Registered Agent | |
|---|---|
| **Name** | Corporation Service Company |
| **Street address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| **Mailing address** | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

Terms & conditions | Browser compatibility

**cyberdriveillinois.com is now ilsos.gov**

Online Services    Publications/Forms    Departments    News    Contact



Office of the Secretary of State Jesse White

# ilsos.gov

## Corporation/LLC Search/Certificate of Good Standing

### Corporation File Detail Report

| | |
|---|---|
| File Number | 49662971 |
| Entity Name | NATIONAL OPINION RESEARCH CENTER |
| Status | ACTIVE |

#### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | NOT-FOR-PROFIT |
| Qualification Date (Foreign) | Wednesday, 13 May 1970 |
| State | COLORADO |
| Duration Date | PERPETUAL |

#### Agent Information

| | |
|---|---|
| Name | ILLINOIS CORPORATION SERVICE C |
| Address | 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703 |
| Change Date | Monday, 1 August 2016 |

#### Annual Report

| | |
|---|---|
| Filing Date | Friday, 23 April 2021 |
| For Year | 2021 |

#### Assumed Name

| | |
|---|---|
| ACTIVE | NORC |

US Court
ND Illinois

Clinton Strange
Plaintiff

V.

National Opinion Research Center
&
University of Chicago
Defendants

CDC Calls
Identified by Text / Call

+1 · 312 ~ 871 ~ 4243

11-11-2021 ~ 758 pk 40sec
11-11-2021 ~ 835 hung up (them) 1 sec
11-14-2021 ~ 541 - missed                    to

318 423 5057

stop  9-14-2021 ☺  318pm      57sec

Me Callback 11-14-2021 ☺  655pm    4:00m/s

3 texts
(only Consent 1) 11-14-2021 ☺ 658pm   3 texts
   so  they said no more              From? CDC.gov

+2 ADS Robotexts  Actionable

7 actionable ATDS claims under (b)

# EXHIBIT C



**Home    Legislation & Laws    Senate    House    My Legislation    Site Map**

| | |
|---|---|
| Bills & Resolutions | **Illinois Compiled Statutes** |
| **Compiled Statutes** | **Back to Act Listing   Public Acts   Search   Guide   Disclaimer   Printer-Friendly Version** |
| Public Acts | |

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws
*may not yet be included in the ILCS database, but they are found on this site as* Public Acts *soon
after they become law. For information concerning the relationship between statutes and Public Acts,
refer to the* Guide.

Legislative Reports

IL Constitution

Legislative Guide

Legislative Glossary

Because the statute database is maintained primarily for legislative drafting purposes, statutory
changes are sometimes included in the statute database before they take effect. If the source note
at the end of a Section of the statutes includes a *Public Act* that has not yet taken effect, the version
of the law that is currently in effect may have already been removed from the database and you
should refer to that Public Act to see the changes made to the current law.

**Search By Number
(example: HB0001)**

 Search Tips

**BUSINESS TRANSACTIONS
(815 ILCS 305/) Automatic Telephone Dialers Act.**

```
(815 ILCS 305/1) (from Ch. 134, par. 101)
Sec. 1. Short title. This Act may be cited as the Automatic
Telephone Dialers Act.
(Source: P.A. 87-275.)

(815 ILCS 305/5) (from Ch. 134, par. 105)
Sec. 5. Definitions. For purpose of this Act:
(a) "Autodialer" or "Autodialer System" means any telephone
dialing or accessing device, machine, computer or system capable
of storing telephone numbers which is programmed to sequentially
or randomly access the stored telephone numbers in order to
automatically connect a telephone with a recorded message, the
term does not include any device associated with a burglar alarm
system, voice message system or fire alarm system.
(b) "Emergency Telephone Number" means any telephone number
which accesses or calls a fire department, law enforcement
agency, ambulance, hospital, medical center, poison control
center, rape crisis center, suicide prevention center, rescue
service, the 911 emergency access number provided by law
enforcement agencies and police departments.
(c) "Recorded Message" means any taped communication
soliciting the sale of goods or services without live voice
interaction.
(d) "Voice Messaging System" means any message delivery
service which utilizes an autodialer to deliver non-commercial
messages to domestic and international recipients.
(e) "Subscriber" means:
(1) A person who has subscribed to telephone service
from a telephone company; or
(2) Other persons living or residing with the
subscribing person.
(f) "Caller ID" means the display to the recipient of the
call the caller's telephone number or identity.
(Source: P.A. 91-182, eff. 1-1-00.)

(815 ILCS 305/10) (from Ch. 134, par. 110)
Sec. 10. Jurisdiction. No person shall operate an autodialer
```

**Search By Keyword**



Go  Search Tips

Advanced Search



in this State except in accordance with this Act.
(Source: P.A. 87-275.)

    (815 ILCS 305/15) (from Ch. 134, par. 115)
    Sec. 15. Method of operation.
    (a) No person shall operate an autodialer in this State to
place a telephone call during the hours between 9 p.m. and 9
a.m.

    (b) All autodialers operated within the State of Illinois
shall disconnect within 30 seconds after termination of the call
by the subscriber or the autodialer. Where disconnection in 30
seconds is technically not feasible, the autodialer shall
utilize a live operator who shall:
        (1) state his name, the name, address and telephone
    number of the business or organization being represented
    and the purpose of the call; and
        (2) inquire at the beginning of the call whether the
    person called consents to hear the prerecorded message.
    (c) An autodialer shall not be used to dial numbers
determined by successively increasing or decreasing integers.
    (d) An autodialer may not be operated in a manner that
impedes the function of any caller ID when the telephone
solicitor's service or equipment is capable of allowing the
display of the solicitor's telephone number.
(Source: P.A. 91-182, eff. 1-1-00.)

    (815 ILCS 305/20) (from Ch. 134, par. 120)
    Sec. 20. Exemptions.
    (a) Except as provided in subsection (b), the provisions of
this Act shall not apply to the following types of telephone
calls made by an autodialer:
        (1) calls made in response to an express request of
    the person called;
        (2) calls made to any person with whom the telephone
    solicitor has a prior or existing business relationship;
        (3) a telephone call placed on behalf of any
    political, charitable, public opinion polling, research
    survey, or radio or television broadcast rating
    organization.
    (b) Notwithstanding the provisions of subsection (a), all
calls made by an autodialer must be made in compliance with the
requirements of subsection (d) of Section 15.
(Source: P.A. 91-182, eff. 1-1-00.)

    (815 ILCS 305/22)
    Sec. 22. Recordkeeping.
    (a) A person who operates an autodialer to communicate a
commercial message shall maintain a list of all telephone
numbers called.
    (b) A person who operates an autodialer to communicate a
commercial message shall maintain records to sufficiently
document any exemption claimed under Section 20 of this Act.
(Source: P.A. 98-546, eff. 8-26-13.)

    (815 ILCS 305/25) (from Ch. 134, par. 125)
    Sec. 25. Voice messaging provision. Nothing in this Act
shall prohibit a telephone company from providing a service that
is utilized for relaying messages for private purposes,
including but not limited to, voice messaging services or
message delivery services.
(Source: P.A. 87-275.)

(815 ILCS 305/30) (from Ch. 134, par. 130)
Sec. 30. Violations.
(a) It is a violation of this Act to make or cause to be
made telephone calls utilizing an autodialer to any emergency
telephone number as defined in Section 5. It is a violation of
this Act to make or cause to be made telephone calls utilizing
an autodialer in a manner that does not comply with Section 15.

(b) It is a violation of this Act to play a prerecorded
message placed by an autodialer without the consent of the
called party.

(c) Enforcement by customer. Any customer injured by a
violation of this Act may bring an action for the recovery of
damages. Judgment may be entered for 3 times the amount at which
the actual damages are assessed, plus costs and reasonable
attorney fees.

(c-5) In addition to the damages authorized under subsection
(c), a consumer may obtain statutory damages in the amount of
$500 per violation.

(d) Enforcement by Attorney General. Violation of any of the
provisions of this Act is an unlawful practice under Section 2Z
of the Consumer Fraud and Deceptive Business Practices Act. All
remedies, penalties and authority granted to the Attorney
General by that Act shall be available to him for the
enforcement of this Act. In any action brought by the Attorney
General to enforce this Act, the court may order that persons
who incurred actual damages be awarded the amount at which
actual damages are assessed. In addition to actual damages, a
court may order that each person who received a call in
violation of this Act be awarded statutory damages in the amount
of $500 per violation.
(Source: P.A. 98-546, eff. 8-26-13.)

---

<u>Top</u>

---

**Home | Legislation & Laws | House | Senate | My Legislation | Disclaimers | Email**

---



This site is maintained for the Illinois General Assembly by the
Legislative Information System, 705 Stratton Building, Springfield, Illinois 62706
217-782-3944   217-782-2050 (TTY)



U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, LA
71033
NOV 15, 21
AMOUNT
**$5.71**
R2305H129640-07

80294

1000

7021 0350 0001 0713 8938

Clinton Strange
7021 Winburn Dr
Greenwood, LA 71033-3215



Clerk,
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO   80294